UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERSATA SOFTWARE, et al.,

        Plaintiffs,

                                                    Case Nos.  11-mc-50844
                                                                      11-mc-50846
vs.

                                                      HON.  GEORGE CARAM STEEH

INTERNET BRANDS, INC. et al.,

       Defendants.
_____/

ORDER AFFIRMING MAGISTRATE'S ORDER REGARDING NON-PARTY
CHRYSLER GROUP LLC'S MOTION TO QUASH PLAINTIFFS' SUBPOENA
[DOC. 14] AND REVERSING MAGISTRATE'S ORDER REGARDING NON-PARTY
HINDMAN BURRIS' MOTION TO QUASH PLAINTIFFS' SUBPOENA [DOC. 15]

      This matter has come before the court on plaintiffs' appeal and objections to the magistrate judge's orders granting non-parties Chrysler Group LLC's and Hindman Harris' motions to quash plaintiffs' subpoenas.  The court heard oral argument by the parties on December 21, 2011.  Now, therefore, for the reasons stated on the record,

      IT IS HEREBY ORDERED that the magistrate judge's order is affirmed in part and reversed in part.  Hindman Burris' deposition is ordered to take place, limited to 2 ½ hours of questioning by plaintiff.

      It is so ordered.

Dated:  December 21, 2011

                                                  S/George Caram Steeh
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 21, 2011, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk